Christian L. Moore, Esq., SBN #3777
LAXALT LAW GROUP
9790 Gateway Drive, Suite 200
Reno, NV, 89521
(775) 322-1170
cmoore@laxaltlaw.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DYLAN MILLER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JARED R. KANE, and<br>JOHNNY B. TRANSPORT, LLC,<br>AND DOES I-X,<br><br>　　　　Defendants. | Case No.: 3:23-cv-00403-ART-CLB<br><br>**ORDER GRANTING**<br>**SUBSTITUTION OF COUNSEL**<br>**FOR JOHNNY B. TRANSPORT LLC** |

Defendant JOHNNY B. TRANSPORT LLC, hereby consents to the substitution of CHRISTIAN L. MOORE, ESQ. of LAXALT LAW GROUP in the place and stead of CHRISTIAN L. MOORE, ESQ. of LEMONS, GRUNDY & EISENBERG, as its attorney in the above-captioned matter

DATED this 5th day of January, 2024.

JOHNNY B. TRANSPORT LLC

By: _____
Kelly Anderson, General Manager, Transportation, and authorized representative.

We hereby consent to be substituted in the place and stead of CHRISTIAN L. MOORE, ESQ. of LAXALT LAW GROUP in the above-entitled action as attorneys for Defendant JOHNNY B. TRANSPORT LLC.

Dated this 5th day of January 2024.

LAXALT LAW GROUP

By: _____
Christian L. Moore, Esq.

We hereby consent to the substitution of CHRISTIAN L. MOORE, ESQ. of LAXALT LAW GROUP in the place and stead of CHRISTIAN L. MOORE, ESQ. of LEMONS, GRUNDY & EISENBERG in the above-entitled action as attorneys for Defendant JOHNNY B. TRANSPORT LLC.

Dated this 5th day of January, 2024.

LEMONS, GRUNDY & EISENBERG

By: _____
Dane A. Littlefield, Esq.

**IT IS SO ORDERED.**
**DATED:** January 8, 2024.

_____
UNITED STATES MAGISTRATE JUDGE