**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DYLAN MILLER,<br><br>　　　　Plaintiff,<br>vs.<br><br>JARED R. KANE, and<br>JOHNNY B. TRANSPORT, LLC,<br>AND DOES I-X,<br><br>　　　　Defendants. | Case No.: 3:23-cv-00403-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Robert R. Jensen, Esq. of Jensen Personal Injury Law, Inc. on behalf of Plaintiff, and Christian L. Moore, Esq. of Laxalt Law Group, Ltd. on behalf of Defendants, that the above-entitled matter be dismissed with prejudice with the parties to bear their own costs and attorney's fees.

DATED this 26th day of August, 2024.　　　DATED this 26th day of August, 2024.

*/s/ Christian L. Moore, Esq.*　　　　　　　*/s/ Robert R. Jensen, Esq.*
Christian L. Moore, Esq., SBN #3777　　　Robert R. Jensen, Esq., SBN #2558
LAXALT LAW GROUP, LTD.　　　　　　JENSEN PERSONAL INJURY LAW, LLC
9790 Gateway Drive, Suite 200　　　　　　222 California Ave.
Reno, NV, 89521　　　　　　　　　　　　Reno, NV, 89509
(775) 322-1170　　　　　　　　　　　　　(775) 333-7555
*Attorneys for Defendants*　　　　　　　　*Attorneys for Plaintiff Dylan Miller*
*Jared R. Kane and Johnny B. Transport, LLC*

**IT IS SO ORDERED.**

　　**DATED:** <u>August 27, 2024.</u>

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Anne R. Traum, United States District Judge